# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-154-GCM

**COMMERCIAL CREDIT GROUP, INC.,**

    **Plaintiff,**

v.

**BRIAN P. WENNESHEIMER,** *et al,*

    **Defendants.**

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Wayne Z. Bennett** filed June 1, 2018 (Doc. No. 13).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Bennett is admitted to appear before this court *pro hac vice* on behalf of Defendants.

**IT IS SO ORDERED.**

Signed: June 4, 2018

Graham C. Mullen
United States District Judge