# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:18-cv-154-GCM

| | |
|---|---|
| **COMMERCIAL CREDIT GROUP, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BRIAN P. WENNESHEIMER,** *et al,*<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Judson T. Pitts** filed June 1, 2018 (Doc. No. 14).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Pitts is admitted to appear before this court *pro hac vice* on behalf of Defendants.

**IT IS SO ORDERED.**

Signed: June 11, 2018

Graham C. Mullen
United States District Judge